UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WFG NATIONAL TITLE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:17-CV-2108-G |
| MAUREEN JURY, ET AL., | ) ) | |
| Defendants. | ) | |
| MAUREEN JURY, ET AL., | ) ) | |
| Plaintiffs, | ) ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:17-CV-2972-G |
| WFG NATIONAL TITLE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

## ORDER

It appears to the court that these two cases arise out of a common nucleus of facts. In the interest of judicial economy and efficiency, these two actions are **CONSOLIDATED**. All future pleadings and other papers shall henceforth be filed

under civil action number **3:17-CV-2108-G** and **3:17-CV-2972-G** is hereby

**CLOSED**.

Also, in light of the parties' allegations, the court concludes that it is now necessary to realign the parties in 3:17-CV-2108-G as follows:

>MAUREEN JURY, ET AL.,
>
>>Plaintiffs,
>
>VS.
>
>WFG NATIONAL TITLE INSURANCE COMPANY,
>
>>Defendant.

**SO ORDERED**.

November 3, 2017.

_____
**A. JOE FISH**
**Senior United States District Judge**